## Hody et ux., Appellants, *v.* Pittsburgh Railways Company.

Argued March 27, 1935.   Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*James F. Coyle,* with him *John G. Bell,* for appellants.

*E. W. Langfitt,* with him *J. R. McNary,* for appellee.

PER CURIAM, April 22, 1935:

These two appeals are similar in practically all respects to Smith v. Pgh. Rys. Co., 314 Pa. 541, and are respectively affirmed for the reasons stated in the opinion filed in those appeals by Mr. Justice DREW and reported as above indicated.

Judgment affirmed.